1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Jorge Canizalez Gonzalez

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE RUBEN B. BROOKS)**

11 UNITED STATES OF AMERICA,        )   Case No. 07MJ2781
                                    )
12          Plaintiff,               )
                                    )
13 v.                               )   **CERTIFICATE OF SERVICE**
                                    )
14 JORGE CANIZALEZ GONZALEZ,        )
                                    )
15          Defendant.               )
   _____)
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:    December 4, 2007         /s/ Carey D. Gorden
                                      **CAREY D. GORDEN**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Jorge Canizalez Gonzalez
25

26

27

28