FILED

JAN -2 2008

...DISTRICT...
...OF C...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR002-H |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) |
| JORGE CANIZALEZ-GONZALEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about November 29, 2007, within the Southern District of California, defendant JORGE CANIZALEZ-GONZALEZ, did falsely and willfully represent to a Department of Homeland Security, Bureau of Customs and Border Protection Inspector, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Charlotte P. Kauser for*

DAVID D. LESHNER
Assistant U.S. Attorney

ddl:San Diego
12/20/2007