AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JORGE CANIZALEZ-GONZALEZ | CASE NUMBER: 08 CR 002-H |

I, JORGE CANIZALEZ-GONZALEZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____1/2/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Jorge Gonzalez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER