# SENTENCING SUMMARY CHART

USPO___
AUSA___
DEF _X_

| | |
|---|---|
| Defendant's Name: **JORGE CANIZALEZ-GONZALEZ** | Docket No. 08CR0002- H |
| Guideline Manual Used: NOVEMBER 1, 2007 | Agree w/USPO Calc: No |

Base Offense Level: [§ 2L2.2]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

Specific Offense Characteristics:

Victim Related Adjustment

Adjustment for Role in Offense. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Adjustment for Obstruction of Justice:

Adjustment for Reckless Endangerment During Flight:

Adjusted Offense Level
☐Combined (Multiple Counts)   ☐Career Offender   ☐Armed Career Criminal

Adjustment for Acceptance of Responsibility:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  -2

Departures:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Fast Track [§ 5K3.1]

Total Offense Level:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6

Criminal History Score: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  0

Criminal History Category:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **III**
☐Career Offender   ☐Armed Career Criminal

Guideline Range:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . from _2_____
(Range limited by: ☐minimum mandatory ☐statutory maximum)          to _8_  mths

**Recommendation:** 6 months in custody.

Submitted by CAREY D. GORDEN, California State Bar No. 236251, Federal Defenders of San Diego, Inc., 225 Broadway, Suite 900, San Diego, CA 92101. (619) 234-8467, ext. 3766