```
 1  CAREY D. GORDEN
    California State Bar No. 236251
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: carey_gorden@fd.org

 5  Attorneys for Jorge Canizalez Gonzalez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0002-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JORGE CANIZALEZ GONZALEZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

David D. Leshner
david.leshner@usdoj.gov,esmeralda.diaz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:     April 9, 2008         /s/ Carey D. Gorden
                                 **CAREY D. GORDEN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Jorge Canizalez Gonzalez