1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Jorge Canizalez Gonzalez

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE MARILYN L. HUFF)**

11 | UNITED STATES OF AMERICA,      )  Case No. 08CR0002-H
                                    )
12 |        Plaintiff,               )
                                    )
13 | v.                              )  **NOTICE OF WITHDRAWAL**
                                    )
14 | JORGE CANIZALEZ GONZALEZ,       )
                                    )
15 |        Defendant.               )
   |_____ )

17     Notice is hereby given by Carey D. Gorden and Federal Defenders of San Diego, Inc., that the
18 following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

19     Document:        *Notice of Attorney Appearance*

20     File Date:       April 9, 2008

21     Document No.:    17

22                                       Respectfully submitted,

24 DATED:    April 9, 2008              /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Jorge Canizalez Gonzalez